UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-00692
KI CHANG KIM AND MIRA KIM )
 )
 )  Chapter: 7
 )  Honorable Carol Doyle
 )
 )
Debtor(s) )

## ORDER AMENDING ORDER DATED DECEMBER 6, 2017 (Docket #61)

THIS MATTER coming to be heard on the motion of Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Order Granting In Part Debtors Kims' Motion to Avoid Lien (Docket #61) is amended as follows: The second sentence in the conclusion that states: "The court partially avoids the judicial lien of Nongshim America to the extent of $10,152.08" is amended to state: "The court partially avoids the judicial lien of Nongshim America to the extent that it exceeds $26,162.28." In other words, the lien is avoided for all amounts sought in connection with the judgment in excess of $26,162, including postjudgment interest and any other amount that Nongshim America could collect under the judgment based on Illinois law.

2. The docket entry for the Order Granting in Part Kim's Motion to Avoid Lien is amended to state as follows: "Debtors Ki Change Kim and Mira Kim's Motion to Avoid Lien (docket #25) of Nongshim America is granted in part and denied in part. The lien is avoided to the extent it exceeds $26,162."

Enter:

*Carol Doyle* (signature)

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 14, 2017

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Dr.
Wheeling, IL 60090