UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-00692 |
| KI CHANG KIM AND MIRA KIM | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order on Debtor's Motion for Sanctions**

THIS MATTER coming to be heard on Motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised of the premises and due notice haven been given to the parties entitled thereto:

It is so ORDERDED:

The court finds that Ryan Kim intentionally violated the automatic stay by filing a foreclosure case in state court. Mr. Kim is ordered to pay $500 to the debtors for their attorneys' fees in addressing the intentional violation of the automatic stay in filing a foreclosure complaint against the debtors.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: January 11, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090