UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-00692 |
| | ) | |
| Ki Chang Kim and Mira Kim | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**Order Amending Order on Debtors' Motion for Sanctions**

The court's order entered January 11, 2018, granting the debtors' motion for sanctions against Ryan Kim is modified as follows:

1. Mr. Kim must pay the $500 sanction imposed in the order entered January 11, 2018 by no later than 5:00 p.m. on Monday, January 29, 2018.

2. Mr. Kim must dismiss the foreclosure case he filed against the debtors in state court immediately, as previously directed by this court in open court on January 11, 2018. Failure to dismiss the case as soon as possible and in any event by no later than February 14, 2018, may result in further sanctions against Mr. Kim.

3. A status hearing on Mr. Kim's compliance with this order and the order entered January 11, 2018 will be held on February 21, 2018 at 10:30 a.m.

Enter:   *[signature]*

Honorable Carole A. Doyle
United States Bankruptcy Judge

Dated: 1/24/18

Rev: 20130104_bko