UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.:  16-00692
KI CHANG AND MIRA KIM )
)
) Chapter: 7
) Honorable Carol A. Doyle
)
)
Debtor(s) )

**ORDER ON DEBTOR'S MOTION TO AVOID LIEN OF BANKFINANCIAL FSB**

THIS MATTER coming to be heard before the Court, the Court having jurisdiction over the parties and the subject matter and being duly advised of the premises and due notice haven been given to the parties entitled thereto:

1. The citation lien against the Debtors' Chase bank accounts ending in 3361 and 9628 is avoided.

2. Chase may release the funds in these accounts to the Debtors.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 22, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090